PHILLIP A. TALBERT
United States Attorney
ALEXANDRE M. DEMPSEY
JOE BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>CHARLES ABIEANGA,<br>SIMON ABIENGA, and,<br>VIVIANA CERVANTES<br><br>Defendants. | CASE NO. 5:21-MJ-00049 JLT<br><br>UNITED STATES' MOTION TO UNSEAL INDICTMENT, ARREST WARRANT, AND RELATED COURT FILINGS |

The United States hereby moves this Court to unseal the Criminal Indictment, Arrest Warrants, and related court filings in this case. The out-of-custody defendants were arrested on January 14, 2022 in Bakersfield, California and will make their initial appearances on January 18, 2022. Therefore, the above referenced court filings must be unsealed to advise the defendants in open court of the charges against them.

DATED: January 18, 2022

PHILLIP A. TALBERT
United States Attorney

*/s/ Alexandre Dempsey*
ALEXANDRE DEMPSEY
Assistant United States Attorney

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>    v.<br><br>CHARLES ABIEANGA,<br>SIMON ABIENGA, and,<br>VIVIANA CERVANTES<br><br>                    Defendants. | CASE NO. 5:21-MJ-00049 JLT<br><br>**UNSEALING ORDER** |

Good cause appearing due to the defendants' pending initial appearances, it is hereby ordered that the Criminal Complaint, Arrest Warrants, and related court filings in the above case be UNSEALED.

IT IS SO ORDERED.

Dated:   **January 18, 2022**

_____
UNITED STATES MAGISTRATE JUDGE